**Order filed November 6, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00430-CV
_____

## HARRIS COUNTY, Appellant

## V.

## SAUL RODRIGUEZ, Appellee

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-40476**

# O R D E R

Appellant's brief was due October 10, 2018**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **November 21, 2018**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM